Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Before DUBINA, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Alejandro Martinez appeals his sentence for conspiracy to possess with intent to distribute 100 grams or more of heroin, 500 grams or more of methamphetamine, 500 grams or more of cocaine, and 50 grams or more of cocaine base, 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(iii), (b)(1)(A)(viii), (b)(1)(B)(ii); and possession with intent to distribute heroin, 18 U.S.C. § 2; 21 U.S.C. §§ 841(a)(1), (b)(1)(C). Martinez argues that the district court erred when it applied a two-level leadership-role enhancement to his base offense level under the Guidelines. U.S.S.G. § 3B1.1(c). We affirm.

"A district court's upward adjustment of a defendant's Guidelines offense level due to his status as a leader or organizer under U.S.S.G. § 3B1.1 is a finding of fact reviewed only for clear error." *United States v. Phillips,* 287 F.3d 1053, 1055 (11th Cir.2002). Martinez acknowledges on appeal that, at his "change of plea" hearing, he admitted that his brother, Javier, a coconspirator, would not do anything unless told to do so by Martinez. Because "the assertion of control or influence over only one individual is enough to support a § 3B1.1(c) enhancement," *United States v. Jiminez,* 224 F.3d 1243, 1251 (11th Cir. 2000), *cert. denied,* 534 U.S. 1043, 122 S.Ct. 620, 151 L.Ed.2d 542 (2001), the district court did not clearly err.

AFFIRMED.

CANAL INSURANCE COMPANY, Plaintiff–Counter Defendant–Appellant,

v.

UNITED STATES FIRE INSURANCE COMPANY, St. Paul Fire & Marine Insurance Company, Defendants–Counter Claimants–Appellees.

No. 06–13409

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Feb. 7, 2007.

Joseph E.B. Stewart, Keri Donald Simms, Austill, Lewis & Simms, P.C. Birmingham, AL, for Plaintiff–Counter Defendant–Appellant.

Carol A. Smith, Elizabeth Hannah Bowles, Smith & Ely, LLP, Scott M. Salter, Starnes & Atchison, LLP, Birmingham, AL, for Defendant–Counter Claimant–Appellee United States Fire Insurance Company.

Before BLACK, MARCUS and COX, Circuit Judges.

PER CURIAM:

Canal Insurance Company challenges on this appeal the district court's resolution of this insurance coverage dispute by the grant of summary judgment.

We have considered the briefs of the parties, and relevant parts of the record. We conclude that summary judgment was properly granted for the reasons stated in the district court's well-reasoned opinion.

AFFIRMED.